# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PENNSYLVANIA, WESTERN DIVISION

| | |
|---|---|
| In re: CAMUT, JOSEPH A., SR. | § Case No. 15-70493 |
|     CAMUT, PATRICIA A. | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 10, 2015.  The undersigned trustee was appointed on July 10, 2015.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of     $   21,541.03

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14.54 |
| Bank service fees | 164.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $   21,362.31 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/24/2015 and the deadline for filing governmental claims was 01/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,904.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,904.10, for a total compensation of $2,904.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $20.24, for total expenses of $20.24.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/14/2016          By: /s/LISA M. SWOPE, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-70493  
**Case Name:** CAMUT, JOSEPH A., SR.  
CAMUT, PATRICIA A.  
**Period Ending:** 03/14/16

**Trustee:** (580800) LISA M. SWOPE, TRUSTEE  
**Filed (f) or Converted (c):** 07/10/15 (f)  
**§341(a) Meeting Date:** 08/26/15  
**Claims Bar Date:** 11/24/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>90 Violet Street, Johnstown, PA | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Indiana First - checking account | 3,064.92 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Indiana First - checking account | 104.30 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>Indiana First - savings account | 47.03 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>Indiana First - savings account | 100.03 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>PSECU - checking account | 22.91 | 0.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS<br>PSECU - checking account | 0.01 | 0.00 | | 0.00 | FA |
| 8 | BANK ACCOUNTS<br>PSECU - savings account | 7.29 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>PSECU - savings account | 5.45 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS | 6,700.00 | 0.00 | | 0.00 | FA |
| 11 | WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | FURS AND JEWELRY<br>diamond wedding ring | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | FURS AND JEWELRY<br>11 watches | 550.00 | 0.00 | | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES<br>Order Sons of Italy in America - paid-up life insurance | 515.00 | 0.00 | | 0.00 | FA |
| 15 | INTERESTS IN INSURANCE POLICIES<br>Knights of Columbus - whole life policy (6219); per (d)(5), per agreement with Debtors' counsel, exemption allowed up to $12,210.00 - remaining (d)(5) exemption of $515.00 claimed on Asset No. 14. | 34,179.78 | 9,719.78 | | 9,719.78 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-70493  
**Case Name:** CAMUT, JOSEPH A., SR.  
CAMUT, PATRICIA A.  
**Period Ending:** 03/14/16

**Trustee:** (580800) LISA M. SWOPE, TRUSTEE  
**Filed (f) or Converted (c):** 07/10/15 (f)  
**§341(a) Meeting Date:** 08/26/15  
**Claims Bar Date:** 11/24/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | INTERESTS IN INSURANCE POLICIES<br>Knights of Columbus - whole life policy (1935) | 11,821.25 | 11,821.25 | | 11,821.25 | FA |
| 17 | INTERESTS IN INSURANCE POLICIES<br>New York Life - whole life policy | 274.80 | 0.00 | | 0.00 | FA |
| 18 | PENSION PLANS AND PROFIT SHARING<br>American Funds IRA | 7,866.27 | 0.00 | | 0.00 | FA |
| 19 | AUTOMOBILES AND OTHER VEHICLES<br>2002 Ford Taurus | 2,100.00 | 0.00 | | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES<br>2003 Ford Taurus | 1,200.00 | 0.00 | | 0.00 | FA |
| 20 | Assets  Totals (Excluding unknown values) | **$197,559.04** | **$21,541.03** | | **$21,541.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/30/15 non-exempt portion on life insurance surrendered to Trustee, waiting for claims bar date; 12/31/15 need to review claims then prepare TFR

**Initial Projected Date Of Final Report (TFR):**     January 31, 2016          **Current Projected Date Of Final Report (TFR):**     March 14, 2016  (Actual)

Printed: 03/14/2016 10:08 AM     V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-70493  
**Case Name:** CAMUT, JOSEPH A., SR.  
CAMUT, PATRICIA A.  
**Taxpayer ID #:** **-***1101  
**Period Ending:** 03/14/16

**Trustee:** LISA M. SWOPE, TRUSTEE (580800)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $11,109,916.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/15 | | INDIANA FIRST BANK | unexemptible portions of insurance policies | | 21,541.03 | | 21,541.03 |
| | {15} | | unexemptible portion of policy  9,719.78 | 1129-000 | | | 21,541.03 |
| | {16} | | unexemptible portion of policy  11,821.25 | 1129-000 | | | 21,541.03 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21,531.03 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.96 | 21,500.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.89 | 21,470.18 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.96 | 21,436.22 |
| 01/06/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2016 FOR CASE #15-70493 | 2300-000 | | 14.54 | 21,421.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.71 | 21,391.97 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.66 | 21,362.31 |
| | | | **ACCOUNT TOTALS** | | 21,541.03 | 178.72 | **$21,362.31** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,541.03 | 178.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,541.03** | **$178.72** | |

Net Receipts :  21,541.03  
Net Estate :  $21,541.03

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0766** | 21,541.03 | 178.72 | 21,362.31 |
| | $21,541.03 | $178.72 | $21,362.31 |

{} Asset reference(s)

Printed: 03/14/2016 10:08 AM   V.13.25

# Exhibit C Claims Register

## Case: 15-70493    CAMUT, JOSEPH A., SR.

Claims Bar Date: 11/24/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | LISA M. SWOPE, TRUSTEE<br>219 SOUTH CENTER STREET<br>EBENSBURG, PA 15930<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>07/10/15 | | $2,904.10<br>$2,904.10 | $0.00 | $2,904.10 |
| | LISA M. SWOPE, TRUSTEE<br>219 SOUTH CENTER STREET<br>EBENSBURG, PA 15930<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>07/10/15 | | $20.24<br>$20.24 | $0.00 | $20.24 |
| | LISA M. SWOPE, ESQUIRE<br>NEUGEBAUER & SWOPE, P.C.<br>P. O. BOX 270<br>EBENSBURG, PA 15931<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>07/10/15 | | $595.00<br>$595.00 | $0.00 | $595.00 |
| | LISA M. SWOPE, ESQUIRE<br>NEUGEBAUER & SWOPE, P.C.<br>P. O. BOX 270<br>EBENSBURG, PA 15931<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>07/10/15 | | $62.43<br>$62.43 | $0.00 | $62.43 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/16/15 | | $16,885.86<br>$16,885.86 | $0.00 | $16,885.86 |
| 2 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/01/15 | | $3,010.09<br>$3,010.09 | $0.00 | $3,010.09 |
| 3 | Capital Recovery V, LLC c/o<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/20/15 | | $1,333.00<br>$1,333.00 | $0.00 | $1,333.00 |
| 4 | Capital Recovery V, LLC c/o<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/20/15 | | $3,689.14<br>$3,689.14 | $0.00 | $3,689.14 |

# Exhibit C Claims Register

### Case: 15-70493    CAMUT, JOSEPH A., SR.

Claims Bar Date: 11/24/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 11/23/15 | | $5,270.18 $5,270.18 | $0.00 | $5,270.18 |
| | | | **Case Total:** | | **$0.00** | **$33,770.04** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-70493
Case Name: CAMUT, JOSEPH A., SR.
Trustee Name: LISA M. SWOPE, TRUSTEE

**Balance on hand:** $ 21,362.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,362.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LISA M. SWOPE, TRUSTEE | 2,904.10 | 0.00 | 2,904.10 |
| Trustee, Expenses - LISA M. SWOPE, TRUSTEE | 20.24 | 0.00 | 20.24 |
| Attorney for Trustee, Fees - LISA M. SWOPE, ESQUIRE | 595.00 | 0.00 | 595.00 |
| Attorney for Trustee, Expenses - LISA M. SWOPE, ESQUIRE | 62.43 | 0.00 | 62.43 |

Total to be paid for chapter 7 administration expenses: $ 3,581.77
Remaining balance: $ 17,780.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,780.54

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 17,780.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,188.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 16,885.86 | 0.00 | 9,945.58 |
| 2 | Cavalry SPV I, LLC | 3,010.09 | 0.00 | 1,772.91 |
| 3 | Capital Recovery V, LLC c/o | 1,333.00 | 0.00 | 785.12 |
| 4 | Capital Recovery V, LLC c/o | 3,689.14 | 0.00 | 2,172.86 |
| 5 | PYOD, LLC its successors and assigns as assignee | 5,270.18 | 0.00 | 3,104.07 |

| | Total to be paid for timely general unsecured claims: | $ | 17,780.54 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**